## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>DONNAE BARLOW,<br><br>　　　Defendant. | **MEMORANDUM DECISION AND ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Case No. 4:25-cr-00067-AMA<br><br>District Judge Ann Marie McIff Allen |

This matter is before the Court on Defendant Donnae Barlow's Motion for Early Termination of Supervised Release. For the reasons discussed below, the Court will deny the Motion without prejudice.

On August 29, 2024, Defendant was sentenced to Time Served as of September 18, 2024, and 36 months of supervised release for violating Title 18, U.S.C. § 1512(k), Conspiracy to Commit Tampering with an Official Proceeding. Defendant began her term of supervision on September 18, 2024. Defendant filed the instant Motion for Early Termination of Supervised Release on April 29, 2026. The Government opposed the Motion on May 5, 2026.

In her Motion, Defendant states that she has complied with all the terms of her supervised release, maintained stability, and continued rehabilitative efforts. She further reports that she has completed treatment, is enrolled in online school studying for her GED, and is employed with steady income. Consultation with Defendant's supervising officer confirms that Defendant has done well while on supervision and satisfied all conditions.

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the

entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Considering these factors, the Court finds that termination of Defendant's supervised release is not appropriate at this time. While the Court commends Defendant on her progress, the Court believes that Defendant's continuing her period of supervision will be beneficial to her rehabilitation. The Court will consider another motion for early termination of supervised release from Defendant if appropriate.

It is therefore

ORDERED that Defendant's Motion for Early Termination of Supervised Release (ECF No. 6) is DENIED WITHOUT PREJUDICE.

DATED this 19th day of May 2026.

BY THE COURT:

_____
Ann Marie McIff Allen
United States District Judge

2